# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4030

_____

United States of America,

   Appellee,

  v.

Patrick Jefferson,

   Appellant.

*
*
*
*
* Appeal from the United States
* District Court for the
* Eastern District of Missouri.
*
*   [UNPUBLISHED]
*

_____

Submitted: April 6, 2001
Filed: April 26, 2001

_____

Before BOWMAN, HEANEY, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Patrick Jefferson was convicted of conspiring to distribute and/or possess with intent to distribute cocaine, marijuana, and/or heroin, in violation of 21 U.S.C. § 846 (1994). The District Court[1] sentenced him to 150 months imprisonment and 8 years supervised release. On appeal, his counsel raises three issues in a brief filed pursuant to Anders v. California, 386 U.S. 738 (1967), and Jefferson raises two issues pro se.

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

We reject seriatim the issues raised by Jefferson and his counsel. First, we find that the evidence was sufficient to support Jefferson's conviction. <u>See</u> <u>United States v. Grimaldo</u>, 214 F.3d 967, 975 (8th Cir. 2000), <u>cert. denied</u>, 121 S. Ct. 330 (2000) <u>and</u> 121 S. Ct. 784 (2001). Second, the prosecutor adequately articulated a race-neutral reason for exercising a peremptory strike against an African-American venireperson. <u>See</u> <u>Purkett v. Elem</u>, 514 U.S. 765, 767-69 (1995) (per curiam). Third, the District Court did not clearly err in applying an enhancement for possessing a firearm in connection with the offense. <u>See</u> <u>Brown v. United States</u>, 169 F.3d 531, 532-33 (8th Cir. 1999). Fourth, Jefferson's retrial, after a hung jury in his first trial, was not barred by double jeopardy. <u>See</u> <u>Lockhart v. Nelson</u>, 488 U.S. 33, 38 (1988). Finally, Jefferson's sentence does not violate <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000). <u>See</u> <u>United States v. Aguayo-Delgado</u>, 220 F.3d 926, 934 (8th Cir.), <u>cert. denied</u>, 121 S. Ct. 600 (2000).

We have reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and we have found no nonfrivolous issues for appeal. Accordingly, we affirm the judgment of the District Court, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.